FILED by ___ JB ___ D.C.

Jan 24, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 17-20053-CR-GAYLES/TURNOFF

CASE NO. _____

8 U.S.C. § 1326(a) and (b)(1)

UNITED STATES OF AMERICA

vs.

DAVID DOUGLAS CARIAS-RODRIGUEZ,

      Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

On or about December 9, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAVID DOUGLAS CARIAS-RODRIGUEZ,**

an alien, having previously been removed and deported from the United States on or about March 23, 1999, October 2, 2009 [bt JB], January 21, 2011, May [bt JB] 13, 2013, and March 6, 2014, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

RILWAN ADEDUNTAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DAVID DOUGLAS CARIAS-RODRIGUEZ, | |
| Defendant.        / | Superseding Case Information: |

**Court Division**: (Select One)

 X  Miami  __ Key West
 __ FTL   __ WPB   __ FTP

New Defendant(s)        Yes ___ No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   2-3   day for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I    | 0 to 5 days     | X |
   | II   | 6 to 10 days    | __ |
   | III  | 11 to 20 days   | __ |
   | IV   | 21 to 60 days   | __ |
   | V    | 61 days and over| __ |

   (Check only one)

   | Petty   | __ |
   | Minor   | __ |
   | Misdem. | __ |
   | Felony  | X  |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   x  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   x  No

_____
RILWAN ADEDUNTAN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502193

*Penalty Sheet(s) attached                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**DAVID DOUGLAS CARIAS-RODRIGUEZ**</u>

**Case No:**_____

Count #: 1

<u>Illegal Re-entry After Deportation</u>

<u>Title 8, United States Code, Section 1326(a) and (b)(1)</u>

**\*Max. Penalty:** 10 Years' Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.